■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND CRAWFORD, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered October 4, 1983, convicting him of robbery in the second degree, upon his plea of guilty, and sentencing him to an indeterminate term of 2½ to 7½ years' imprisonment.

Judgment affirmed.

By failing to apply to the court of first instance to withdraw his guilty plea or vacate the judgment of conviction, the defendant has not preserved the sufficiency of his plea allocution for appellate review (see *People v Pellegrino*, 60 NY2d 636; *People v Mattocks*, 100 AD2d 944). In any event, the record reveals that the defendant voluntarily, knowingly and intelligently entered his guilty plea (*People v Harris*, 61 NY2d 9; *People v Nixon*, 21 NY2d 338, cert den *sub nom. Robinson v New York*, 393 US 1067) and that a sufficient factual basis existed to sustain the conviction (see *People v Cherry*, 59 AD2d 722). Furthermore, there is no basis on this record warranting a modification of the sentence (see *People v Suitte*, 90 AD2d 80).

We have considered defendant's other contentions and have found them to be without merit. O'Connor, J. P., Weinstein, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DANIELS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Marasco, J.), rendered May 14, 1982, convicting him of two counts of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Viewed in its entirety, the trial court's charge on reasonable doubt was balanced and fair, and did not serve to dilute the People's burden of proof (see *People v Jones*, 27 NY2d 222; *People v Lewis*, 71 AD2d 7).

We have considered defendant's other contentions and find them to be without merit. Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.